## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Lee Jr, Benjamin | Case Number: 08 B 03126 |
|---|---|---|
| | Sanders Lee, Carole L | Judge: Hollis, Pamela S |
| | Printed: 03/10/09 | Filed: 2/12/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 26, 2009
Confirmed: May 12, 2008

### SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 16,302.00 | |
| Secured: | | 15,233.55 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 1,068.45 |
| Other Funds: | | 0.00 |
| Totals: | 16,302.00 | 16,302.00 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 901.20 | 0.00 |
| 2. | Litton Loan Servicing | Secured | 14,790.06 | 10,281.27 |
| 3. | CitiMortgage Inc | Secured | 6,831.66 | 4,789.94 |
| 4. | Heritage Acceptance Corp | Secured | 960.81 | 41.74 |
| 5. | Heritage Acceptance Corp | Secured | 2,775.67 | 120.60 |
| 6. | CitiMortgage Inc | Secured | 6,771.43 | 0.00 |
| 7. | Litton Loan Servicing | Secured | 16,094.35 | 0.00 |
| 8. | Capital One | Unsecured | 194.39 | 0.00 |
| 9. | Heritage Acceptance Corp | Unsecured | 116.14 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 42.18 | 0.00 |
| 11. | T Mobile USA | Unsecured | 26.33 | 0.00 |
| 12. | Custom Collection | Unsecured | 22.70 | 0.00 |
| 13. | Heritage Acceptance Corp | Unsecured | 37.92 | 0.00 |
| 14. | CitiFinancial | Unsecured | 1,052.73 | 0.00 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | 195.36 | 0.00 |
| 16. | Illinois Dept of Revenue | Unsecured | 69.08 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 50.82 | 0.00 |
| 18. | T Mobile USA | Unsecured | | No Claim Filed |
| 19. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 20. | Regional Diagnostic | Unsecured | | No Claim Filed |
| 21. | Payless Shoe Source | Unsecured | | No Claim Filed |
| 22. | AmeriCash Loans, LLC | Unsecured | | No Claim Filed |
| 23. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| | | | $ 50,932.83 | $ 15,233.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Lee Jr, Benjamin<br>Sanders Lee, Carole L<br>Printed: 03/10/09 | Case Number: 08 B 03126<br>Judge: Hollis, Pamela S<br>Filed: 2/12/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 486.14 |
| 6.6% | 582.31 |
| | $ 1,068.45 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ DMack*